LCS Financial Services
6782 S. Potomac Street
Ste 100
Centennial, Co 80112
Telephone: 866-662-9087

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF FLORIDA

In re:                                              CHAPTER 13

Debtor: CHRISTINE CARRUTHERS. HENDERSON
                                    CASE NO: 13-30638

SSN#   xxx-xx-3637                  NOTICE OF WITHDRAWAL OF CLAIM

TO: CHAPTER 13 TRUSTEE
TO: ATTORNEY FOR DEBTOR
TO: CLERK OF COURT

1. A claim was filed on behalf of LCS Financial on May 29, 2013, in the amount of $41,750.85 for account number xxx994, claim number 2.

2. You are notified that such proof of claim is herby withdrawn pursuant to Bankruptcy Rule 3006

Dated this 25th day of October 2013

LCS Financial Services
Debra Engh

_____

[signature]